IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MASON WHITE HYDE-EL,           )
                               )
            Plaintiff,         )
                               )
      v.                       )     1:19CV1172
                               )
GLORIA JONES, et al.,          )
                               )
            Defendant(s).      )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge, (ECF No. 3), was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 31, 2020, was served on the parties in this action. Plaintiff objected to the Recommendation. (ECF No. 5.) On March 30, 2020, the Magistrate Judge entered a text order permitting Plaintiff Mason White Hyde-El to file an amended complaint. (Text Order March 30, 2020.) Plaintiff did subsequently file an amended complaint. (ECF No. 6) Upon review of the amended complaint, the Magistrate Judge ordered that his prior recommendation, (ECF No. 3), be withdrawn solely as to Defendant Kevin Black. (ECF No. 8.)

The court has appropriately reviewed the Magistrate Judge's report, (ECF No. 3), and order, (ECF No. 8), and has made a de novo determination which is in accord with the Magistrate Judge. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that all claims against Defendants Gloria Jones, County of Rowan, and the Independent Tribune be DISMISSED pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may

be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

This the 20th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge